UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PAINTERS DISTRICT COUNCIL NO. 58 et.al., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Cause No: 4:25-CV-00357-JAR |
| KRAMER DRYWALL, LLC, and COURTNEY RHAE KRAMER, | ) | |
| Defendants. | ) | |

**SATISFACTION OF JUDGMENT**

COME NOW Plaintiffs, by and through Counsel, and state the judgment in this cause is satisfied.

Respectfully Submitted

HARTNETT REYES-JONES, LLC

/s/ James P. Faul
JAMES P. FAUL, No. 58799MO
4399 Laclede Avenue
St. Louis, MO 63108
Telephone: 314-531-1054
Facsimile: 314-531-1131
jfaul@hrjlaw.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES that on September 1, 2026, the foregoing was mailed by United States Postal Service to the following non-participants in Electronic Case Filing: Kramer Drywall, LLC and Courtney Rhae Kramer, 7 Oakwood Lane, Warrenton, MO 63383.

/s/ James P. Faul